## 9439.   KILCREASE v. THE STATE.

There was sufficient evidence to authorize the conviction of riot.
DECIDED MARCH 6, 1918.

Accusation of riot; from city court of Statesboro—Judge Proctor.   November 12, 1917.

Will Kilcrease and Milledge Harley were charged with the offense of riot.   The accusation charged that the defendants, acting with a common intent and in a violent and tumultuous manner, did go to the dwelling house of one Lula Lawrence and Mattie May Lawrence and commit an unlawful act of violence, to wit, did then and there make an assault upon Lula Lawrence and Mattie May Lawrence, and did point a pistol at the said Mattie May Lawrence; and the accusation in the second count charged that the defendants, acting with a common intent and in a violent and tumultuous manner, "did threaten to kill, intimidate, curse, and abuse the said Lula Lawrence and Mattie May Lawrence," and did frighten and run them away from their premises and dwelling-house; the said Will Kilcrease and Milledge Harley being then and there armed with a pistol.   Kilcrease was found guilty. He made a motion for a new trial on the general grounds only, which the court overruled, and he excepted.

The evidence for the State showed that Kilcrease, Harley, and one Blandshaw went to the home of Lula Lawrence at night.   As they approached the house they were talking pretty loud, and Kilcrease was heard to say that he would kill everybody big enough to die, and he named John Montgomery, Jesse Lovett, Will Padgett, and Lula Lawrence.   "He was cursing.   He said he would kill every damned thing big enough to die when they got there." At the house were Will Lawton, Lula Lawrence, and her daughter Mattie May Lawrence, and John Montgomery.   Lula Lawrence, John Montgomery, and Will Lawton fled when they heard Kilcrease and the others coming and heard the remarks of Kilcrease.   The evidence indicated that the inmates of the house were badly frightened and fled to a corn field close by.   After defendant and those with him left, Lula Lawrence returned and took her children to a neighbor's house.   Mattie May Lawrence remained at the house for the time being; later she went with her mother. Kilcrease and those with him approached the house, and asked the daughter where her mother was, and she told them that her

mother had gone off. Harley drew a pistol and pointed it at Mattie May Lawrence. When Harley drew the pistol on Mattie May Lawrence, the defendant Kilcrease told him not to shoot, that she was the daughter of Lula Lawrence. According to the testimony of Mattie May Lawrence there was no cursing at the house, and when they got to the house, they did nothing except come in the piazza and come to the door; and Mattie May Lawrence testified that she heard Will Kilcrease say they were hunting Jesse Lovett, Will Padgett, John Montgomery and Lula Lawrence. They remained at the house awhile and then left. There was evidence that they were drinking. Later on that night Blandshaw was killed by Jesse Lovett. This, however, did not happen at the house. After Will Kilcrease and those with him left, Lula Lawrence came back and got the children and went to a Mr. Chambers's house.

John Montgomery testified: "The only thing I heard was what Kilcrease said. I heard no other man say anything. There was nothing out of the ordinary with the others so far as I know. There was no disturbance at the house after I left." Mattie May Lawrence testified: "When Milledge drew the pistol on me, Will Kilcrease said 'Unh-huh! Milledge, don't shoot her, she is not the one, that is the woman's daughter.'" Other witnesses for the State testified that they met Kilcrease and Harley and Blandshaw before they got to the house. The defendants said that they had treated them wrong and that they were going to have satisfaction. The defendant Kilcrease said that they were going to have satisfaction or kill everybody big enough to die. Will Lawton, who was present at the house, testified that he heard them before they got to the house,—"never heard them particularly call any names." On cross-examination he testified that he "heard Kilcrease say he would kill everybody big enough to die, and that's all he said. He didn't mention any names at all as he was going up to the house." "Will [Kilcrease] come in the house and asked for Lula, and the other fellow, he said to somebody, if you don't put a light in the house he would put a smoke in there." Another witness for the State testified that he saw Kilcrease and Harley right after they came back from Lula Lawrence's house, and that they were drunk, and he locked them up.

*F. T. Lanier,* for plaintiff in error.

*H. M. Jones, solicitor,* contra.

HARWELL, J. (After stating the foregoing facts.) From the facts as they appear in the record in the instant case, there was some evidence authorizing the jury to find the defendant guilty of riot, and this court will not interfere. *Lewis* v. *State, 2 Ga. App.* 659 (58 S. E. 1070); *Grier* v. *State, 11 Ga. App.* 767 (76 S. E. 70); *Rachels* v. *State, 51 Ga.* 375; *Sanders* v. *State, 60 Ga.* 126.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*